DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BEHZAD IZADI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0631

_____

September 26, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Dana Moss, Judge.

Behzad Izadi, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, SLEET, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.